| BRUCE A. BLAKEMAN | | THOMAS A. ADAMS |
|---|---|---|
| County Executive |  | County Attorney |

# COUNTY OF NASSAU
## OFFICE OF THE COUNTY ATTORNEY

August 26, 2022

**Via ECF**

Hon. Steven I. Locke
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: Rider v. Nassau County, et al.
     CV-17-2583 (SIL)

Dear Judge Locke:

  The Office of the Nassau County Attorney represents the County of Nassau, the Nassau County Police Department and Nassau County Correctional Center, Defendants in the above-referenced action. We write, with the consent of Plaintiff's counsel, Jeffrey Weiner, Esq., to request an adjournment of the hearing scheduled for Tuesday, August 30, 2022, at 1:00 p.m. (*see* Electronic Scheduling Order issued 8/22/2022).

  The reason for this application is that the file attorney, DCA Stephen Carlin, is on leave due to a personal situation. A substitute can appear at a hearing in his stead but needs time to familiarize themselves with the case so as to be able to argue the motion, if that is the context of the hearing, or respond to any inquiries the Court may have.

  Should the Court grant this application, counsel for respective parties submit the following proposed dates, with a preference for an afternoon hearing: September 6, 8, 13, 20 or 21.

  Thank you for your time and attention to this request.

              Respectfully submitted,

              *Liora M. Ben-Sorek*
              Liora M. Ben-Sorek
              Deputy County Attorney

cc: Jeffrey Weiner, Esq. (Via ECF)