| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| BEFORE: STEVEN I. LOCKE | DATE: 9/6/22 |
|---|---|
| U.S. MAGISTRATE JUDGE | TIME: 2:30 pm |

CASE: **CV 17-2583(SIL) Rider v. Nassau County, et al**

TYPE OF CONFERENCE:   MOTION          FTR: 2:35-2:36; 2:56-3:04

APPEARANCES:
  For Plaintiff:   Jeffrey Weiner

  For Defendant: Liora Ben-Sorek

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☒   Other:  Settlement conference held. Oral argument held. Defendants agree to withdraw their motion for summary judgment, DE [36]. Plaintiff consents to withdraw his Monell claim. A renewed motion for summary judgment will be filed in which all sides will comply with Federal Rule of Civil Procedure 56 AND Local Civil Rule 56.1. The motion and opposition will be supported by admissible evidence as required by the applicable rules. 56.1 Statements and counterstatements will contain numbered paragraphs/statements of fact with citations to the record.

   The briefing schedule is as follows:

   Moving papers will be served on October 7, 2022.
   Opposition papers will be served on November 7, 2022.
   Reply papers will be served on November 28, 2022.
   Defendants will file all papers on November 29.

A courtesy copy of all papers and attachments will submitted for the Court's use.

                                        SO ORDERED

                                         /s/Steven I. Locke
                                        STEVEN I. LOCKE
                                        United States Magistrate Judge