# GREEN DURCAN & WEINER, PLLC

**GERALD H. GREEN***
*RETIRED

**WILLIAM J. DURCAN, ESQ.**

**JEFFREY K. WEINER, ESQ.**

**ATTORNEYS AT LAW**
72 GUY LOMBARDO AVE., #2
FREEPORT, NY 11520

TELEPHONE: (516) 561-8580
FAX #: (516) 378-4929
EMAIL: GDWLAWYERS@GMAIL.COM

NORTHPORT OFFICE
BY APPOINTMENT ONLY
WILLIAM J. DURCAN, ESQ.
167 MAIN STREET
NORTHPORT, NY 11768

---

February 17, 2025

**Magistrate Judge Steven I. Locke**

**Case Name:**    Rider V. Nassau County, et al
**Case Number:** 2:17-cv-02583-SIL

I am the attorney for the plaintiff, Richard Rider.  He passed away last year and our firm has filed a petition for Letters of Administration in the Nassau County Surrogate's Court.  To date we have not received those letters appointing decedent's father as administrator.

This Court's scheduling order requested the status of this case.  I have reached out to Deputy County Attorney Thomas b. Ferris several times since the Court issued its order. I have not been able to reach Mr. Ferris.  On Friday last week, I spoke with another Deputy County attorney and he seemed to think that Mr. Ferris is no longer with the County Attorney's office.

Due to the lack of communication with the other party I am requesting additional time to find out who, if anyone, is assigned to this matter.  I apologize for any inconvenience to the court.

Sincerely,

*Jeffrey K. Weiner*

Jeffrey K. Weiner