**BRUCE A. BLAKEMAN**
**County Executive**

**THOMAS A. ADAMS**
**County Attorney**

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

July 21, 2025

**VIA ECF**

Hon. Steven I. Locke
100 Federal Plaza
Central Islip, New York 11722

Re: Estate of Rider III, v. Nassau County, *et al.*
Civil Action No. 17-cv-02583 (SIL)

Dear Judge Locke:

Kindly recall that I represent the Defendants in this action.

I am pleased to report that the parties have arrived at a settlement that resolves all claims. We have exchanged closing documents and I have submitted same for the issuance of a settlement check. Upon receipt of the settlement check, the parties will file a stipulation of dismissal.

Your assistance in reaching this resolution is appreciated.

Respectfully submitted,

/s/ Matthew M. Rozea
Matthew M. Rozea
Deputy County Attorney

cc: Jeffrey K. Weiner, Esq.
*Attorney for Plaintiff*